U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2005 JUL 14 A II: 13

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dwayne A. Reddick

    v.                          Civil No. 05-fp-255

Marguerite L. Wadeling, et al.

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-255-**PB**.

**SO ORDERED.**

/s/ James E. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: July 14, 2005

cc: ✓Dwayne A. Reddick, pro se w/a4