U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AUG 29 2005

**FILED**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dwayne Reddick

v.  Case No. 05-cv-255-PB

Marquerite L. Wageling, et al.

ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 29, 2005, no objection having been filed.

SO ORDERED.

August 29, 2005

Paul Barbadoro
United States District Judge

cc: Dwayne A. Reddick, Esq.